**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> P. C. D BROWN <br><br> Debtor(s) | Case No. 13-03254 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/29/2013.

2) The plan was confirmed on 07/08/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/29/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/24/2014.

6) Number of months from filing to last payment: 21.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,530.78 |
| Less amount refunded to debtor | $910.20 |
| **NET RECEIPTS:** | **$13,620.58** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $563.62 |
| Other | $11.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,074.62** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACS Collection Service | Unsecured | 9,062.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Alegis Group | Unsecured | 994.00 | NA | NA | 0.00 | 0.00 |
| ARROWOOD INDENMITY/US BANK | Unsecured | NA | 16,711.69 | 16,711.69 | 1,049.24 | 0.00 |
| Asset Acceptance | Unsecured | 1,083.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 123.67 | 123.67 | 123.67 | 0.00 | 0.00 |
| ATUL SHETH MD | Unsecured | NA | 591.82 | 591.82 | 35.27 | 0.00 |
| Capital One | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| Carico | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| CENTRIX FINANCIAL | Unsecured | 1,036.00 | NA | NA | 0.00 | 0.00 |
| CF MEDICAL | Unsecured | 401.00 | 401.12 | 401.12 | 21.40 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| Clear | Unsecured | 70.94 | NA | NA | 0.00 | 0.00 |
| Collecto/Credit PC | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| Cooking Club of America | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 863.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SVCS LTI | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SVCS LTI | Unsecured | 169.00 | 388.16 | 388.16 | 20.71 | 0.00 |
| First National Bank | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 101.46 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| FMS | Unsecured | 829.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| HOSPITAL RADIOLOGY | Unsecured | 7.20 | NA | NA | 0.00 | 0.00 |
| HOSPITAL RADIOLOGY | Unsecured | 270.90 | 300.70 | 300.70 | 16.04 | 0.00 |
| HSBC | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 2,642.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS VALLEY ORTHOPEDICS | Unsecured | 459.00 | 90.12 | 90.12 | 0.00 | 0.00 |
| ILLIONOIS VALLEY COMMUNTIY HC | Unsecured | 834.02 | 797.44 | 797.44 | 42.54 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 103.00 | 601.46 | 601.46 | 35.84 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,026.00 | 1,426.07 | 1,426.07 | 76.10 | 0.00 |
| Kevin L String | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| LASALLE POLICE DEPT | Unsecured | NA | 63.17 | 63.17 | 0.00 | 0.00 |
| LASALLE STREET BANK | Unsecured | NA | 217.68 | 217.68 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 529.67 | 529.67 | 33.25 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 524.91 | 524.91 | 32.96 | 0.00 |
| Malcolm S. Gerald & Associates, Inc | Unsecured | 117.28 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 1,814.96 | NA | NA | 0.00 | 0.00 |
| MCS Collections, Inc. | Unsecured | 210.16 | NA | NA | 0.00 | 0.00 |
| MCS Collections, Inc. | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| Medical Collections System Inc | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 183.35 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CASSEL | Unsecured | NA | 1,821.89 | 1,821.89 | 114.38 | 0.00 |
| North Shore Agency | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc. | Unsecured | 815.00 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc. | Unsecured | 703.89 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc. | Unsecured | 2,998.00 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc. | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| PennCredit | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| Plaza Associates | Unsecured | 910.00 | NA | NA | 0.00 | 0.00 |
| Plaza Associates | Unsecured | 1,358.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCIAL SVC | Unsecured | 6,029.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCIAL SVC | Unsecured | 6,029.00 | NA | NA | 0.00 | 0.00 |
| Progressive Recovery Techniques | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Protocol Recovery Services | Unsecured | 1,582.09 | NA | NA | 0.00 | 0.00 |
| Providian Bank | Unsecured | 1,065.00 | NA | NA | 0.00 | 0.00 |
| Pure Vive | Unsecured | 44.95 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 730.75 | 2,017.47 | 2,017.47 | 126.66 | 0.00 |
| Radiological Physicians, Ltd | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| Radiological Physicians, Ltd | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| Radiology and Nuclear Consultants | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists LTD | Unsecured | 94.20 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 18,000.00 | 23,105.61 | 23,105.61 | 6,235.52 | 1,655.29 |
| Risk Management Alternatives | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| River City Bank | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| Rush Prudential | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1,772.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 951.00 | 951.48 | 951.48 | 50.76 | 0.00 |
| ST MARGARET HEALTH | Unsecured | NA | 81.62 | 81.62 | 0.00 | 0.00 |
| Standard Bank | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Services | Unsecured | 711.69 | NA | NA | 0.00 | 0.00 |
| Tabak's Health products | Unsecured | 39.97 | NA | NA | 0.00 | 0.00 |
| TATE & KIRLIN | Unsecured | 606.25 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY SURGEONS | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 6,000.00 | 5,576.96 | 0.00 | 0.00 | 0.00 |
| Wellpoint Health | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Financial | Unsecured | 965.00 | NA | NA | 0.00 | 0.00 |
| Woodforest National Bank | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WOW! Internet Services | Unsecured | 179.60 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,105.61 | $6,235.52 | $1,655.29 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$23,105.61** | **$6,235.52** | **$1,655.29** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,640.14** | **$1,655.15** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,074.62 |
| Disbursements to Creditors | $9,545.96 |
| **TOTAL DISBURSEMENTS :** | **$13,620.58** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/09/2015                             By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**